ATTORNEY GRIEVANCE COMMISSION   *     IN THE
OF MARYLAND                            COURT OF APPEALS
                               *     OF MARYLAND

        Petitioner,

                               *     Misc. Docket AG No. _69_

v.

                               *     September Term, 2015

MATTHEW RANDALL GIGOT

                               *

        Respondent.

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16-722, in which Respondent admits he committed professional misconduct in violation of Rule 8.4(b) of the Maryland Lawyers' Rules of Professional Conduct, it is this 26th day of _____January_____, 2016,

ORDERED, that Respondent, Matthew Randall Gigot, be and he is hereby disbarred from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Matthew Randall Gigot from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

                                     /s/ Lynne A. Battaglia
                                     Senior Judge